# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, GANNON, and FLINTOFT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Adolfo R. RODRIGUEZROSALES**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500120**

_____

Decided: 18 November 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
David C. Segraves

Sentence adjudged 15 November 2024 by a general court-martial convened at Marine Corps Air Station, Miramar, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 24 months, and a dishonorable discharge.[1]

For Appellant:
*Commander Daniel C. LaPenta, JAGC, USN*

---

[1] The Appellant shall be credited with 41 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.